UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

BRIAN KERRY O'KEEFE,

    Petitioner,

v.

TIM GARRETT, *et al.*,

    Respondents.

Case No. 3:22-cv-00327-LRH-CLB

**ORDER**

    Brian Kerry O'Keefe, an individual incarcerated at Nevada's Lovelock Correctional Center, has submitted an application to proceed *in forma pauperis* (ECF No. 4); a petition for writ of habeas corpus (ECF No. 1-1); a motion for appointment of counsel (ECF No. 5); and a motion, in the alternative, for conversion of this case to an action under 42 U.S.C. § 1983 (ECF No. 3). In light of the information provided in the *in forma pauperis* application, the Court finds that O'Keefe is able to pay the filing fee.

    **IT IS THEREFORE ORDERED** that Petitioner's application to proceed *in forma pauperis* (ECF No. 4) is **DENIED**. Petitioner will have 30 days from the date of this order to have the filing fee of five dollars ($5) sent to the Clerk of the Court. Failure to comply with this order will result in dismissal of this action.

    **IT IS FURTHER ORDERED** that the Clerk of the Court is directed to send Petitioner two copies of this order. Petitioner must make the necessary arrangements to have a copy of this order and payment of the filing fee sent to the Clerk of the Court.

DATED THIS 4th day of August, 2022.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE